1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for MICHAEL HARRIS**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARRIS, | **CASE NO.:   2:17-CV-00468-KJN** |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

 IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of August 30, 2017.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 07/26/17                              /s/ *Peter Brixie*
                                             PETER BRIXIE
                                             Attorney at Law
                                             Attorney for Plaintiff


Dated: 07/26/17                              /s/ Daniel Talbert
                                             DANIEL P. TALBERT
                                             Special Assistant U. S. Attorney
                                             Attorney for Defendant


                                   ____ooo__

                          APPROVED AND SO ORDERED

Dated:  July 27, 2017

                                             _____
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION